**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

SIMIN NICHOLAS SHAW                          CIVIL ACTION NO. 26-0587

VERSUS                                       JUDGE S. MAURICE HICKS, JR.

U.S. IMMIGRATION &                           MAGISTRATE JUDGE PEREZ-
CUSTOMS ENFORCEMENT                          MONTES

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus (Record Document 1) is **GRANTED**. Respondents must release Petitioner as soon as reasonably possible and must notify the Court of Petitioner's release within 24 hours of Petitioner's release via email: motions_hicks@lawd.uscourts.gov.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this the 12th day of June, 2026.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE